# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| VANESSA MILES, | : | Bankruptcy No. 07-14495DWS |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW**, this 15th day of October 2008, upon consideration of the Objection of the debtor Vanessa Miles ("Debtor") to the proof of claim (the "Objection") filed by Countrywide Home Loans, Inc. ("Countrywide"), after notice and hearing and for the reasons stated in the accompanying Memorandum Opinion;

It is hereby **ORDERED** that the Objection is **GRANTED** In Part. Countrywide has an allowed secured claim in the amount of $85,752.30 plus interest at 6% over the sixty (60) month plan period. The Debtor's Truth in Lending claim is **DENIED.**

It is **further ORDERED** that consistent with the foregoing allowance of Countrywide's secured claim, on or before **October 27, 2008**, Debtor shall file an amended Chapter 13 Plan and an amended application to increase the extant wage order.

DIANE WEISS SIGMUND
United States Bankruptcy Judge